# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1362**
**CAF 14-00212**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, VALENTINO, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ZINETA AVDIC,
PETITIONER-APPELLANT,

V                                                    MEMORANDUM AND ORDER

REFIK AVDIC, RESPONDENT-RESPONDENT.
-------------------------------------------
IN THE MATTER OF REFIC AVDIC,
PETITIONER-RESPONDENT,

V

ZINETA AVDIC, RESPONDENT-APPELLANT.
-------------------------------------------
SUSAN MARRIS, ESQ., ATTORNEY FOR THE CHILD,
APPELLANT.
(APPEAL NO. 2).

---

SUSAN B. MARRIS, ATTORNEY FOR THE CHILD, MANLIUS, APPELLANT PRO SE.

SAUNDERS KAHLER, L.L.P., UTICA (JAMES S. RIZZO OF COUNSEL), FOR
PETITIONER-APPELLANT AND RESPONDENT-APPELLANT.

PETER J. DIGIORGIO, JR., UTICA, FOR RESPONDENT-RESPONDENT AND
PETITIONER-RESPONDENT.

---

Appeals from an order of the Family Court, Oneida County (Louis
P. Gigliotti, A.J.), entered January 13, 2014 in a proceeding pursuant
to Family Court Act article 6. The order, among other things, awarded
respondent-petitioner Refik Avdic sole custody of the subject child.

It is hereby ORDERED that the order so appealed from is
unanimously reversed on the law without costs and the petition is
dismissed.

Same memorandum as in *Matter of Avdic v Avdic* ([appeal No. 1] ___
AD3d ___ [Feb. 13, 2015]).

Entered:  February 13, 2015                    Frances E. Cafarell
                                               Clerk of the Court